

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| REO BOREN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STUBBS, et al.,<br><br>　　　　Defendant. | 3:12-CV-0034-MMD (VPC)<br><br>**REPORT AND RECOMMENDATION<br>OF U.S. MAGISTRATE JUDGE** |

This report and recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-4.

Plaintiff submitted an application to proceed *in forma pauperis* (#1). Upon review of the application, the court found that plaintiff's declaration was insufficient for the court to rule on the application (#9). On August 15, 2013, the court ordered plaintiff to fully complete an application to proceed *in forma pauperis* that was provided with the order. *Id.* Plaintiff was cautioned that failure to do so would result in a recommendation to the District Court to dismiss this action. *Id.* Plaintiff failed to respond to this court's order.

In addition, three orders issued by the court have been returned by the U.S. Postal Service as undeliverable (#s 7, 8, & 10). Plaintiff has failed to provide this court with a change of address in violation of Local Special Rule ("LSR") 2-2 which may also result in dismissal.

Based upon the foregoing, the undersigned magistrate judge recommends that this action be dismissed without prejudice.

The parties should be aware of the following:

1. They may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen (14) days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the District Court.

2. This Report and Recommendation is not an appealable order, and any notice of appeal pursuant to Rule 4(a)(1), Fed. R. App. P., should not be filed until entry of the District Court's judgment.

## RECOMMENDATION

For the reason stated above, the undersigned Magistrate Judge recommends that the District Court enter an order **DISMISSING** this action without prejudice.

DATED: September 17, 2013.

_____
UNITED STATES MAGISTRATE JUDGE