UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

REO BOREN,

Plaintiff,

v.

STUBBS, et al.,

Defendants.

Case No. 3:12-cv-00034-MMD-VPC

ORDER

Before the Court for consideration is the Report and Recommendation ("R&R") of the Honorable Valerie P. Cooke, United States Magistrate Judge, entered September 18, 2013. (Dkt. no. 11.) No objections have been filed. The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and determines that Magistrate Judge Cooke's R&R should be accepted and adopted in full.

It is therefore ordered that Plaintiffs' Complaint is dismissed without prejudice, for failure to prosecute.

DATED THIS 21st day of May 2014.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE